IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| RITA GREEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE FARM LLOYDS, )<br>)<br>Defendant. ) | <br><br><br><br><br><br><br><br>Civil Action No. 5:22-CV-315-C |

## ORDER

The Court, having considered the Joint Stipulation of Dismissal With Prejudice, filed November 30, 2023, finds that all claims in the above-styled and -numbered civil action are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41 and with each Party to bear its own fees and costs.

SO ORDERED.

Dated this 4th day of December, 2023.

                                                                                    _____
                                                                                    SAM R. CUMMINGS
                                                                                    SENIOR UNITED STATES DISTRICT JUDGE